UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

Darryl McGore,

    Plaintiff,

v.

Michigan State Police et al.,

    Defendants.

_____/

Case No. 2:19-cv-228

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: January 17, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge